IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10833
Summary Calendar
_____

RAYE ELLEN STILES,

Plaintiff-Appellant,

versus

GTE SOUTHWEST INCORPORATED,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:94-CV-028-C
- - - - - - - - - -
June 27, 1996
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Raye Ellen Stiles appeals from the district court's grant of summary judgment, dismissing her Equal Pay Act claim under 29 U.S.C. § 206. Stiles argues that genuine issues of material fact remain which preclude summary judgment. New alleged inconsistencies raised on appeal are not subject to review. Tichenor v. Roman Catholic Church of the Archdiocese of New Orleans, 32 F.3d 953, 963 n.46 (5th Cir. 1994). We have reviewed

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the record and find no reversible error.  Accordingly, we affirm essentially for the reasons stated by the district court.  See Stiles v. GTE Southwest Inc., No. 6:94-CV-028-C (N.D. Tex. Aug. 17, 1995).  Stiles has identified no abuse of discretion in the district court's denial of her postjudgment motion.  See Seven Elves, Inc. v. Eskenazi, 635 F.2d 396, 402 (5th Cir. Unit A Jan. 1981).

Stiles' motion to strike portions of appellee's brief is DENIED.

AFFIRMED.